IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| VS. | § | CASE NO.:   3:13-CR-071-B (01) |
| | § | |
| | § | |
| JEREMY BLACKBURN, | § | |
| Defendant. | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**JEREMY BLACKBURN**, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d

261 (5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea

of guilty to Count(s)  1 of the Indictment.  After cautioning and examining  the defendant under oath

concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was

knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis

in fact containing each of the essential elements of such offense.  I therefore recommend that the plea

of guilty be accepted, and that Defendant be adjudged guilty and have sentence imposed accordingly.

Date:   March 12, 2013

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (14) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).